UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BERNARD DOCTOR | : | |
|    Debtor(s) | : | CASE NO. 5:24-bk-02043-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs | : | |
| | : | |
| BERNARD DOCTOER | : | |
|    Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on December 23, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Agatha R. McHale, Esquire, and certifies that on December 5, 2024 the Court issued an Order directing Debtor to file an amended plan in fourteen (14) days. As of December 23, 2024, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: December 23, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

AND NOW, on December 23, 2024, I, Judy Haubert, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

<u>Served Electronically</u>
BRAD J. SADEK, ESQUIRE
SADEK AND COOPER
1500 JFK BLVD, SUITE 220
PHILADELPHIA, PA 19102
Attorney for Debtor

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by 1st Class Mail</u>
BERNARD DOCTOR
235 STAFFORD DRIVE
BUSHKILL, PA 18324
Debtor

/s/Judy Haubert
Judy Haubert,
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee

Case 5:24-bk-02043-MJC    Doc 29    Filed 12/23/24    Entered 12/23/24 12:53:16    Desc
Main Document    Page 2 of 2