# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Bernard Doctor**

**Debtor 1**

Chapter: 13

Case No.: 5:24-bk-02043-MJC

**Jack N. Zaharopoulos Chapter 13 Trustee**
**vs.**

**Movant(s)**

**Bernard Doctor**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Dkt. # 29, certifying Debtor's failure to comply with Order entered December 5, 2024, Dkt. # 28, ("Order"), and it having been determined that this case should be dismissed,

**IT IS HEREBY ORDERED** that the above-captioned case of the Debtor be and it is hereby dismissed for non-compliance with the Order directing Debtor to file an Amended Chapter 13 Plan on or before December 19, 2024.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 27, 2024